IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Nos. 13-1869 (L) and 13-1924

_____

BRADLEY D. PETRY and STACEY M. MILLER, Individually and
on behalf of a Class of persons similarly situated,

Plaintiffs – Appellants – Cross-Appellees,

v.

PROSPERITY MORTGAGE COMPANY, WELLS FARGO BANK,
N.A., WALKER JACKSON MORTGAGE CORPORATION,
WELLS FARGO VENTURES, LLC, THE LONG & FOSTER
COMPANIES, INC., and LONG & FOSTER REAL ESTATE, INC.,

Defendants – Appellees – Cross-Appellants.

_____

**DEFENDANTS – APPELLEES – CROSS-APPELLANTS'**
**CONSENT MOTION FOR EXTENSION OF TIME**

1

Defendants – Appellees – Cross-Appellants Prosperity Mortgage Company, Wells Fargo Bank, N.A., Wells Fargo Ventures, LLC, Walker Jackson Mortgage Corporation, The Long & Foster Companies, Inc., and Long & Foster Real Estate, Inc. ("Appellees"), respectfully move for the extension of four pending deadlines: (1) a 7-day extension to file a response to Appellants' Motion to Certify Questions of Law, to September 23, 2013; (2) a 10-day extension to file Appellees' answering brief/principal brief on cross-appeal, to October 17, 2013; (3) at the request of counsel for Plaintiffs – Appellants – Cross-Appellees ("Appellants"), an 8-day extension to file Appellants' response/reply brief, to November 26, 2013; and (4) at the request of both parties, a 6-day extension to file the final briefs, to January 6, 2014.  Counsel for Appellants has authorized us to state that he consents to this motion.

In support of this motion, Appellees state as follows:

1.     Appellees have not previously sought any extension.  The current briefing schedule is as follows:

      a.     Appellants' brief was filed on September 3, 2013;

      b.     Appellees' opening/response brief is due on October 7, 2013;

      c.     Appellants' response/reply brief is due on November 7, 2013;

      d.     Appellees' cross-appeal reply brief is due 14 days after service of the response/reply brief;

2

e.    The deferred appendix is due to be filed on November 29, 2013; and

f.    The briefs in final form are due December 13, 2013.

2.    On September 3, 2013, Appellants filed their opening brief as well as two additional motions: a Motion to Dismiss [Appellees'] Cross-Appeal and a Motion to Certify Questions of Law to the Maryland Court of Appeals.  Appellees' responses to the motions are both due September 16, 2013.

3.    Each of the two motions contains lengthy and detailed substantive argument.  The first contends that this Court should dismiss the cross-appeal without permitting briefing, argument, and decision by a merits panel.  The second contains extensive argument about the proper interpretation of Maryland law, which is the primary question presented by Appellants' appeal.  With exhibits, each of the motions runs to well over 100 pages.

4.    Under the current briefing schedule, Appellees must respond to both of these substantive motions within 13 days, and then file their merits brief 17 days after that.  That merits brief must address the cross-appeal, which one of Appellants' motions asks this Court to dismiss.  To allow the Court time to rule on the motion to dismiss the cross-appeal before Appellees must undertake the time and effort of briefing that appeal, and to permit Appellees adequate time to prepare and coordinate their responses to each of Appellants' three September 3 filings,

Appellees respectfully request that the Court extend two of the three deadlines, as follows:

      a.      Appellees' deadline to file their response to Appellants' Motion to Certify Questions of Law to the Maryland Court of Appeals would be extended by 7 days, to September 23, 2013; and

      b.      Appellees' deadline to file their opening/response brief would be extended by 10 days, to October 17, 2013.

5.      Counsel for Appellants have consented to the extension of Appellees' deadlines.  In return, Appellees have consented to Appellants' request for an 8-day extension of Appellants' deadline to submit their response/reply brief.  Appellants' response/reply brief would ordinarily be due 30 days from Appellees' opening/response brief; taking into account a weekend, the due date after granting Appellees' requested extension would be Monday, November 18, 2013. Appellants seek a further 8-day extension to November 26, 2013.

6.      The deferred appendix would ordinarily be due within 21 days of the filing of their response/reply brief, or December 17, 2013, and the final briefs would be due within 14 days of the filing of the deferred appendix, or December 31, 2013.  In light of the New Year holiday and weekend, the parties request an extension of the deadline for filing the briefs in final form by 6 days, to January 6, 2014.

7.    In light of the extensions consented to by the parties, the proposed briefing schedule is as follows:

a.    Appellants' brief was filed on September 3, 2013;

b.    Appellees' opening/response brief is due on October 17, 2013;

c.    Appellants' response/reply brief is due on November 26, 2013;

d.    Appellees' cross-appeal reply brief is due 14 days after service of the response/reply brief;

e.    The deferred appendix is due on December 17, 2013; and

f.    The briefs in final form are due January 6, 2014.

For the foregoing reasons, Appellees respectfully request that the Court grant the requested extensions for Appellees' response to the motion to certify, Appellees' opening/response brief, Appellants' response/reply brief, and filing the final briefs.

Respectfully submitted,

*s/ David L. Permut by permission*
Andrew Jay Graham
John A. Bourgeois
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland  21202-3201
(410) 752-6030

*s/ David L. Permut by permission*
Irene C. Freidel
Brian M. Forbes
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
(617) 261-3100

*Attorneys for Defendants Wells
Fargo Bank, N.A. and Wells Fargo
Ventures, LLC*

*s/ David L. Permut*
David L. Permut
William M. Jay
Sabrina Rose-Smith
Sirisha V. Kalicheti
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000

*Attorneys for Defendant Prosperity
Mortgage Company*

*s/ David L. Permut by permission*
Jay N. Varon
Jennifer M. Keas
Jennifer N. Toussaint
Foley & Lardner LLP
3000 K Street, N.W.
Washington, DC  20007
(202) 672-5300

*Attorneys for Defendants Walker
Jackson Mortgage Corporation, The
Long & Foster Companies, and Long
& Foster Real Estate, Inc.*

Dated:  September 9, 2013

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 9, 2013, I caused the foregoing Defendants – Appellees – Cross-Appellants' Consent Motion For Extension Of Time to be filed and served by CM/ECF on the following:

Cyril Vincent Smith, III
William K. Meyer
Zuckerman Spaeder LLP
100 E. Pratt Street
Suite 2440
Baltimore, MD 21202

Richard S. Gordon
Benjamin H. Carney
Thomas Macy McCray-Worrall
Gordon & Wolf, Chtd.
102 West Pennsylvania Ave. Suite 402
Baltimore, Maryland 21204

*Attorneys for Plaintiffs – Appellants –*
*Cross-Appellees*

                                  *s/ David L. Permut*
                                  David L. Permut